1 DAVID A. HUBBERT
Deputy Assistant Attorney General
2
AMY MATCHISON (CABN 217022)
3 Trial Attorney
United States Department of Justice, Tax Division
4 P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
5 Telephone:   (202) 307-6422
Fax:         (202) 307-0054
6 E-mail: Amy.T.Matchison@usdoj.gov
       Western.Taxcivil@usdoj.gov
7
BRIAN J. STRETCH (CABN 163973)
8 United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
9 Chief, Tax Division

10 *Attorneys for United States of America*

11 UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
12 SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 JOSEPH AND EMMY LIU, | ) | Case No. 3:17-cv-05737-SI |
| 14     Petitioners, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER ON PETITION TO QUASH AN IRS SUMMONS** |
| 15     v. | ) ) | |
| 16 UNITED STATES OF AMERICA, | ) ) | Date:   January 12, 2018 Time:  9:00 a.m. |
| 17     Respondent. | ) ) | |
| 18 | ) ) | |
| 19 | ) | |

20     Respondent United States of America, and Petitioners Joseph and Emmy Liu (collectively, the "parties"), through their respective undersigned counsel of record, having engaged in discussions regarding resolution of the above-captioned matter, stipulate as follows and respectfully request an order pursuant to this stipulation.

24     IT IS HEREBY STIPULATED AND ORDERED THAT:

25     1.    The Internal Revenue Service ("IRS") summons directed to Oplink Communications, LLC ("the Summons") dated September 14, 2017, has been narrowed by the IRS, including to cover only the time period 1999-2006.

28

2. This Summons, as narrowed by the IRS, is enforced and Oplink is to comply with the requests contained in the summons as narrowed by the IRS.

3. Based on the narrowing of the Summons by the IRS, petitioners no longer seek the relief sought in their Petition.

4. In light of this Stipulation, the Court vacates the hearing now scheduled for January 12, 2018, and the related briefing schedule.

5. Although no further relief is sought from this Court at this time, petitioners reserve the right to reopen this matter if the IRS seeks additional records from Oplink beyond those sought by the Summons as narrowed by the IRS.

\* \* \*

Dated this 8th day of December, 2017.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice

BRIAN J. STRETCH United
States Attorney Northern
District of California

*Attorneys for United States of America*


BOIES SCHILLER FLEXNER LLP

*/s/ Kathleen Hartnett*
KATHLEEN HARTNETT (CABN 314267)
435 Tasso Street, Suite 205
Palo Alto, California 94301
Telephone: (650) 798-3508
Email: khartnett@bsfllp.com

BEKO REBLITZ-RICHARDSON (SBN 238027)
NASRINA BARGZIE (SBN 238917)
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
(510) 874-1460
Email: brichardson@bsfllp.com
nbargzie@bsfllp.com

*Attorneys for Petitioners Joseph and Emmy Liu*

STIPULATION AND [PROPOSED ORDER] ON
PETITION TO QUASH AN IRS SUMMONS
3:17-CV-05737-SI                    3

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The above STIPULATED ORDER ON PETITION TO QUASH AN IRS SUMMONS is |
| 3 | approved as the ORDER for this case and the parties shall comply with its provisions. |
| 4 | IT IS SO ORDERED. |
| 5 | |
| 6 | Dated this 13th day of December, 2017 |
| 7 | |
| 8 | _____ |
| | SUSAN ILLSTON |
| 9 | UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| 1 | **ECF CERTIFICATION** |
| 2 | Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained |
| 3 | concurrence regarding the filing of this document from the signatories to the document. |
| 4 | |
| 5 | _/s/ Amy Matchison_<br>AMY MATCHISON |
| 6 | Trial Attorney, Tax Division<br>U.S. Department of Justice |

# **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 8th day of December, 2017, via the Court's ECF system.

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice